CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

E. WISTAR WILSON (CABN 324705)
Assistant United States Attorney

 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102-3495
 Telephone: (415) 436-7356
 FAX: (415) 436-7200
 Wistar.Wilson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br> Plaintiff,<br><br> v.<br><br>LUCAS WILLIAM LAZAR,<br><br> Defendant. | CASE NO. 3:24-CR-00204-CRB (Indictment)<br>     3:23-CR-00246-CRB (Form 12)<br><br>**THE UNITED STATES' SECOND SUPPLEMENTAL SENTENCING MEMORANDUM**<br><br>Date: February 18, 2026<br>Time: 10:00 a.m.<br>Court: Hon. Charles R. Breyer |

Defendant Lucas William Lazar is scheduled to be sentenced in the above-captioned matters on February 18, 2026, before this Court.  Mr. Lazar's sentencing hearing was initially scheduled for September 4, 2024, and later scheduled for August 6, 2025, before it was deferred to allow Mr. Lazar to participate in the New Bridge Foundation's substance abuse treatment program.  *See* Case No. 24-cr-00204, Dkts. 11, 23, 27, 29.  The government previously submitted sentencing memoranda setting forth its sentencing recommendation and the reasons underlying it in connection with those anticipated hearings.  *See id.*, Dkts. 15, 26.

The government submits this filing for the limited purpose of providing notice to the Court that it is revising its sentencing recommendation.  In light of Mr. Lazar's commendable completion of the New Bridge program, and for the reasons articulated in the government's sentencing memoranda, *see id.*, the

government recommends that this Court sentence Mr. Lazar to 46 months' imprisonment and three years of supervised release in Case No. 24-cr-00204 and two years' imprisonment on the Form 12 matter in Case No. 23-CR-00246, with the sentences to run concurrently.

DATED:  February 12, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney


 /s/ E. Wistar Wilson_____
E. WISTAR WILSON
Assistant United States Attorney